**MANDATE**

N.Y.S.D. Case #
17-cv-9933(RJS)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of January, two thousand and twenty,

Iowa Square Realty LLC, a New York limited liability company,

    Plaintiff - Appellee,

v.

Ravinder Thota, Yashodhara Devi Thota,

    Defendants - Appellants.

**ORDER**
Docket No. 19-3249

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 21 2020

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/21/2020